Argued and submitted September 30, reversed December 2, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## BENNY CARL DAUGHERTY,
*Appellant.*

(90-10-1702-C; CA A71205)

841 P2d 704

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Janie M. Burcart, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Roy Berg, Certified Law Student, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed. *Goodwin v. State of Oregon*, 116 Or App 279, 840 P2d 1372 (1992).

Edmonds, J., dissenting.

**EDMONDS, J.,** dissenting.

I dissent for the reasons expressed in my dissent in *Goodwin v. State of Oregon*, 116 Or App 279, 840 P2d 1372 (1992).